UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE SMITH,<br><br>        Petitioner,<br><br>  v.<br><br>NEIL McDOWELL,<br><br>        Respondent. | NO. EDCV 15-1844-VAP (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 31, 2017

                                      VIRGINIA A. PHILLIPS
                              Chief United States District Judge